# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ELLEN TREFFLY COYNE,

      Plaintiff,

      v.

CSO ANGEL BRINICKI, OFFICER JAMES
CIUKAJ, OFFICER FORREST
WONDOLOWSKI and the VILLAGE OF
CRESTWOOD,

      Defendants.

**SUMMONS IN A CIVIL CASE**

No. 08-cv-1619

JUDGE NORGLE

MAGISTRATE JUDGE DENLOW

To: Officer James Ciukaj
c/o Village of Crestwood- City Clerk
Nancy Benedetto
13840 S. Cicero Ave.
Crestwood, IL 60445

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Blake Horwitz
      LAW OFFICES OF BLAKE HORWITZ, LTD.
      155 N. Michigan, #723
      Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____     _____
(By) Deputy Clerk                            Date

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**March 31, 2008**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | Date  4/2/08 | |
| NAME OF SERVER *(PRINT)*  Bobby Jones | TITLE  Arrow Messenger | |
| *Check one box below to indicate appropriate method of service* | | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

_____

☒ Other specify: Delivered via hand delivery to Village of Crestwood

c/o City Clerk Nancy Benedetto 13840 S. Cicero Ave.

Crestwood IL 60445

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  4/2/08
        Date

Signature of Server

1322 W. Walton Chicago, IL 60622
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.