AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELLEN TREFFLY COYNE,<br><br>Plaintiff,<br><br>v.<br><br>CSO ANGEL BRINICKI, OFFICER JAMES CIUKAJ, OFFICER FORREST WONDOLOWSKI and the VILLAGE OF CRESTWOOD,<br><br>Defendants.<br><br>To: CSO Angel Brinicki<br>c/o Village of Crestwood- City Clerk<br>Nancy Benedetto<br>13840 S. Cicero Ave.<br>Crestwood, IL 60445 | **SUMMONS IN A CIVIL CASE**<br><br>No. 08-cv-1619<br><br>JUDGE NORGLE<br><br>MAGISTRATE JUDGE DENLOW |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Blake Horwitz
> LAW OFFICES OF BLAKE HORWITZ, LTD.
> 155 N. Michigan, #723
> Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____  _____
(By) Deputy Clerk                                                    Date

**Michael W. Dobbins, Clerk**



-------------------------------------  -------------------------------------
**(By) DEPUTY CLERK**                                            **March 31, 2008**
                                                                 Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | Date 4/2/08 |
| NAME OF SERVER *(PRINT)* Bobby Jones | TITLE Arrow Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left:_____

☐ Return unexecuted: _____

☒ Other specify: Delivered via hand delivery to Village of Crestwood c/o City Clerk Nancy Benedetto 13840 S. Cicero Ave. Crestwood IL 60445

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 4/2/08
_____ Date

Signature of Server

1322 W. Walton Chicago, IL 60622
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.