IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLEN TREFFLY COYNE, | |
| Plaintiff, | No. 8 C 1619 |
| v. | JUDGE NORGLE |
| CSO ANGEL BRINICKI, OFFICER JAMES CIUKAJ, OFFICER FORREST WONDOLOWSKI and the VILLAGE OF CRESTWOOD, | MAGISTRATE JUDGE DENLOW |
| Defendants. | |

**CERTIFICATE OF SERVICE**

On June 23, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois' General Order on Electronic Case Filing, I caused the following documents:

CERIFICATE OF SERVICE and FIRST AMENDED COMPLAINT AT LAW.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Erica E. Faaborg
Blake Wolfe Horwitz

I, an attorney, further certify the above documents were also delivered by facsimile transmission and hand delivery to the address and phone number below:

Jeannine S. Gilleran
Litchfield Cavo LLP
303 W Madison, Ste 300
Chicago, IL 60606
(312) 781-6630 (fax)

                                                        s/ Blake Horwitz_____
                                                        Attorney for the Plaintiff
                                                        Blake Horwitz

**HORWITZ, RICHARDSON & BAKER, LLC.**

Blake Horwitz, Esq.
20 S. Clark, #500
Chicago, IL  60603
(312) 676-2100