JSG/cv                                                                                    3118-118

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLEN TREFFLY COYNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 cv 1619 |
| | ) |
| CSO ANGEL BRINICKI, OFFICER JAMES | ) Judge Charles Norgle |
| CIUKAJ, OFFICER FORREST WONDOLOWSKI | ) |
| and the VILLAGE OF CRESTWOOD | ) |
| | ) |
| Defendants | ) |

**<u>NOTICE OF MOTION</u>**

TO:   HORWITZ, RICHARDSON & BAKER, LLC
      20 South Clark Street
      Suite 500
      Chicago, IL 60603

      Attn: Blake Horwitz

On Friday, July 18, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Presiding Judge Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in room 2341 of the Dirksen Federal Building, Chicago, Illinois and then and there present the attached Motion.

LITCHFIELD CAVO, LLP                    Defendant Village of Crestwood
303 West Madison Street                 Chicago, IL 60606
312/ 781-6677                           Atty. No. 36351

## **CERTIFICATE OF SERVICE**

      I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served Defendant's Motion for Enlargement of Time by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record on the 15th day of July, 2008.

                                                   /s/ Jeannine S. Gilleran

Jeannine S. Gilleran
LITCHFIELD CAVO, LLP.
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6677
(312) 781-6630 fax