IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLEN TREFFLY COYNE, | |
| Plaintiff, | No. 8 C 1619 |
| v. | JUDGE NORGLE |
| CSO ANGEL BRINICKI, OFFICER JAMES CIUKAJ, OFFICER FORREST WONDOLOWSKI and the VILLAGE OF CRESTWOOD, | MAGISTRATE JUDGE DENLOW |
| Defendants. | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

1. Plaintiff filed the instant action on March 21, 2008.

2. Plaintiff seeks leave to have the instant action dismissed without prejudice.

3. Plaintiff has filed a suit in Illinois state court and seeks to litigate her claims in that venue.

WHEREFORE, PLAINTIFF respectfully requests that this Honorable Court enter an order dismissing this action without prejudice, and remanding this action to State Court, and for any such further relief this Court deems fair and just.

Respectfully submitted,

s/Erica Faaborg
Attorney for the Plaintiff
Erica Faaborg

**HORWITZ, RICHARDSON & BAKER, LLC.**
20 S. Clark, Suite 500
Chicago, IL 60603
(312) 676-2100

1