IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLEN TREFFLY COYNE, | |
| Plaintiff, | No. 8 C 1619 |
| v. | JUDGE NORGLE |
| CSO ANGEL BRINICKI, OFFICER JAMES CIUKAJ, OFFICER FORREST WONDOLOWSKI and the VILLAGE OF CRESTWOOD, | MAGISTRATE JUDGE DENLOW |
| Defendants. | |

## NOTICE OF MOTION

On August 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Norgle at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS.

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Patrick John Ruberry    ruberry@litchfieldcavo.com,wilsonl@litchfieldcavo.com

Blake Wolfe Horwitz
bhorwitz@hrbattorneys.com,lobh@att.net,npeters@hrbattorneys.com,npeters@erlaw.net,mpizarro@hrbattorneys.com,mpizarro@erlaw.net,ovirola@hrbattorneys.com

Jeannine Stephanie Gilleran    gilleran@litchfieldcavo.com,vaughn@litchfieldcavo.com

Philip F Cuevas    cuevas@litchfieldcavo.com,vaughn@litchfieldcavo.com

Abbas Badruddin Merchant    amerchant@hrbattorneys.com,lobh@att.net

Erica E. Faaborg    efaaborg@hrbattorneys.com

1

                Respectfully Submitted,

                s/ Erica Faaborg_____
                Erica Faaborg
                Attorney for the Plaintiff

Horwitz, Richardson & Baker LLC
20 S. Clark Street, Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076